IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY BROWN, | ) | No. C 13-00079 RMW (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| RON BROWN, et al., | ) ) | |
| Defendants. | ) ) | |

    Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. The acts complained of occurred in the Twin Towers Correctional Facility in Los Angeles, and Defendants are located in Los Angeles, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.Rmw\CR.13\Brown079trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODNEY BROWN,

        Plaintiff,

  v.

COUNTY OF LOS ANGELES et al,

        Defendant.

Case Number: CV13-00079 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Brown # 3297631
450 Bauchet Street
Los Angeles, CA 90012

Dated: February 21, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk